# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF MICHIGAN

WARREN BRASCH,

    Plaintiff,

v.

I.C. SYSTEM, INC.

    Defendant.

Case No. 11−14053

Hon. Patrick J. Duggan

| | |
|---|---|
| Warren Brasch (P42493)<br>Plaintiff<br>18760 Walmer Lane<br>Beverly Hills, MI 48302<br>Phone: (248) 792-9254 | DOBBS & NEIDLE, P.C.<br>Gregory R. Neidle (P59273)<br>Daniel J. Ammon (P50923)<br>Attorneys for Defendant<br>30150 Telegraph Road<br>Suite 410<br>Bingham Farms, MI 48025<br>Phone: (248) 723-9511<br>Fax: (248) 723-9531 |

## STIPULATION AND ORDER OF DISMISSAL

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Warren Brasch, and Defendant, I.C. System, Inc., through its attorney of record, being all of the parties who have appeared in this action, stipulate to its immediate dismissal with prejudice and without costs and attorney's fees to any party.

Dated:  October 12, 2011      /s/ Warren Brasch (w/ consent)
                                   Plaintiff
                                   18760 Walmer Lane
                                   Beverly Hills, MI 48302
                                   Phone: (248) 792-9254

Dated: October 12, 2011   /s/ Gregory R. Neidle
         DOBBS & NEIDLE, PC
         Attorney for Defendant
         30150 Telegraph Road, Suite 410
         Bingham Farms, MI 48025
         Phone:  (248) 723-9511
         Email:  gneidle@dobbsneidle.com
         MI Bar Number P59273

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF MICHIGAN

WARREN BRASCH,

      Plaintiff,

v.

I.C. SYSTEM, INC.

      Defendant.

Case No. 11−14053

Hon. Patrick J. Duggan

### ORDER OF DISMISSAL

By stipulation of all parties who have appeared in this action and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties have agreed to the dismissal of this action with prejudice and with each party to bear their own costs and attorney fees.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE as to all parties, and without costs and attorney's fees to either party.

DONE AND ORDERED this 12th day of October, 2011.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: October 12, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Wednesday, October 12, 2011, by electronic and or ordinary mail.

s/Marilyn Orem
Case Manager